IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL A. NUEZCA AND JUVY P. NUEZCA,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORP., DOES 1 – 100<br><br>Defendants. | Case No.: 3:13-cv-04081-JSC<br><br>**ORDER TO SHOW CAUSE** |

On February 12, 2014, the Court dismissed Plaintiffs' UCL, Breach of Express Agreement, Breach of Implied Agreement, and Declaratory Relief claims without prejudice, and struck Plaintiffs' First Amended Complaint because it was filed in violation of Federal Rule of Civil Procedure 15(a). (Dkt. No. 32 at 12-13.) The Court ordered Plaintiffs to file any new amended complaint within 20 days of the Order. (*Id.*) Plaintiffs did not do so.

Accordingly, the Court ORDERS Plaintiff to SHOW CAUSE in writing, no later than Wednesday, March 19, 2014, why the Court should not dismiss Plaintiffs' UCL, Breach of Express Agreement, Breach of Implied Agreement, and Declaratory Relief claims with prejudice and terminate the case.

**IT IS SO ORDERED.**

Dated:  March 12, 2014

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE