IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL A. NUEZCA AND JUVY P. NUEZCA,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORP., DOES 1 – 100<br><br>Defendants. | Case No.: 3:13-cv-04081-JSC<br><br>**ORDER GRANTING DEFENDANT CAPITAL ONE, N.A.'S MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE (DKT. NO. 19.)** |

On February 12, 2014, the Court dismissed Plaintiffs' UCL, Breach of Express Agreement, Breach of Implied Agreement, and Declaratory Relief claims (collectively, "remaining claims") without prejudice, and struck Plaintiffs' First Amended Complaint because it was filed in violation of Federal Rule of Civil Procedure 15(a). (Dkt. No. 32 at 12-13.) The Court ordered Plaintiffs to file any amended complaint within 20 days of the Order. (*Id.*)

After Plaintiffs failed to timely file an amended complaint, the Court ordered Plaintiff to show cause in writing by Wednesday, March 19, 2014, why the Court should not dismiss Plaintiffs' remaining claims with prejudice and terminate the case. (Dkt. No. 35.) As of the

date of this Order Plaintiffs have not filed a response to the Court's Order to Show Cause and have not otherwise communicated with the Court. Accordingly, Plaintiffs' remaining claims are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated:  March 20, 2014

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE